UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------------------- x

BRIAN PETERSON, DERRICK HALL, JAVIER RODRIGUEZ and CORVETTE BRUNO as mother and natural guardian of infant plaintiff J.T.,

**STIPULATION AND ORDER OF DISMISSAL**

12 CV 6112 (RJD) (MDG)

Plaintiffs,

-against-

Detective Christopher Goodwin, Shield No. 6956; Detective COURTNEY THORPE, Shield No. 01210; Detective ADRIAN CHATMAN, Shield No. 06828; Detective VICTOR MAURO, Shield No. 02361; Detective RUPERTO VALENTIN, Shield No. 03799; Detective RICHARD ALERTE, Shield No. 05893; Detective ISABEL MARQUEZ, Shield No. 06265; Captain FERNANDO GUIMARAES; Lieutenant HERIBERTO LLAURADO; and JOHN and JANE DOE 1 though 10, individually and in their official capacities, (the names John and Jane Doe being fictitious, as the true names are presently unknown),

Defendants.
---------------------------------------------------------------------------- x

WHEREAS, the parties have reached a settlement agreement and now desire to resolve the remaining issues raised in this litigation, without further proceedings and without admitting any fault or liability;

**NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned, that

1. The above-referenced action is hereby dismissed with prejudice; and

2. Notwithstanding the dismissal of this action in accordance with this agreement, the District Court shall continue to maintain jurisdiction over this action for the purpose of enforcing the terms of the settlement agreement reached between the parties and set forth in the Stipulation of Settlement executed by the parties in this matter.

| | |
|---|---|
| Harvis, Wright, Saleem & Fett, LLP<br>*Attorneys for Plaintiffs*<br>305 Broadway, 14th Floor<br>New York, New York 10007<br>(212) 323-6880 | MICHAEL A. CARDOZO<br>Corporation Counsel of the<br>  City of New York<br>*Attorney for Defendant Goodwin*<br>100 Church Street, Rm. 3-142<br>New York, New York 10007 |
| By: _____<br>Gabriel Harvis<br>*Attorney for Plaintiffs* | By: _____<br>Brian Francolla<br>*Senior Counsel* |
| | SO ORDERED: |
| Dated: New York, New York<br>_____, 2013 | _____<br>HON. RAYMOND J. DEARIE<br>UNITED STATES DISTRICT JUDGE |

2